# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STEPHEN S. EDWARDS,

      Plaintiff,

v.                                                                           No. 1:25-cv-00517 WJ/DLM

CITY OF ALBUQUERQUE
and JUSTIN ROBBS

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on Magistrate Judge Damian L. Martínez's October 14, 2025, Proposed Findings and Recommended Disposition ("PFRD"). (Doc. 26). In that PFRD, Judge Martínez recommends that the Court grant Defendant City of Albuquerque's Motion to Dismiss and Defendant Robbs's Motion to Dismiss because the claims are either barred by the statute of limitations or otherwise fail to state a claim. Judge Martínez notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD and that failure to do so would waive appellate review. (Doc. 26 at 17). The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Martínez's findings and recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (**Doc. 26**) is adopted.

2

**IT IS FURTHER ORDERED** that Defendant City of Albuquerque's Motion to Dismiss (**Doc. 12**) is **GRANTED**, Defendant Justin Robbs's Motion to Dismiss (**Doc. 17**) is **GRANTED,** and all claims and causes of action are **DISMISSED** pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

/s/
_____
**WILLIAM P. JOHNSON**
**SENIOR UNITED STATES DISTRICT JUDGE**